1  SUSAN HEANEY HILDEN, ESQ., Bar No. 5358
   LITTLER MENDELSON
2  50 West Liberty Street
   Suite 400
3  Reno, NV  89501.1944
   Telephone:   775.348.4888
4  Fax No.:     775.786.0127

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF NEVADA

10

11 | JUN JIE STEWART,                        | Case No. 3:11-cv-00128
12 |                    Plaintiff,           | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
13 | vs.                                     |
14 | HARRAH'S ENTERTAINMENT INC., a          | ORDER GRANTING STIPULATION TO DISMISS
   | Nevada corporation,                     |
15 |                    Defendant.           |
16

17        IT IS HEREBY STIPULATED between Plaintiff Jun Jie Stewart and Defendant

18 Harrah's Entertainment, Inc. ("Defendant"), by and through their designated counsel of

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

1  record, that this case and each and every cause of action be dismissed in its entirety
2  against Defendants, with prejudice, with each party to bear their own costs and attorneys'
3  fees.

5  Dated: June 16, 2011.        LITTLER MENDELSON

7  By: _____/s/_____
    SUSAN HEANEY HILDEN, ESQ.

8  Attorneys for Defendant

11 Dated: May 31, 2011.         LAW OFFICE OF JEFFREY A. DICKERSON

13 By: _____/s/_____
    JEFFREY A. DICKERSON, ESQ.

14 Attorney for Plaintiff

**IT IS SO ORDERED** this ___21st day of June_____, 2011.

*Edward C. Reed.*
_____
**DISTRICT COURT JUDGE**

Firmwide:101579849.1 013234.2134

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

2.